# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

132583

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT A. WOODS, Personal
Representative of the Estate of
Christal Woods, Deceased,
          Plaintiff-Appellee,

v

FARMINGTON FAMILY
PHYSICIANS, P.C., MEDICAL
ARTS X-RAY, P.C., and
SHELDON STERN, D.O.,
          Defendants,

and

WON CHAE, M.D.,
          Defendant-Appellant.

SC: 132583
COA: 270600
Oakland CC: 2004-062745-NH

_____/

By order of November 29, 2007, the application for leave to appeal the October 18, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

l0519